UNITED STATES DISTRICT COURT'
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| CHRISTOPHER M. SAVELL | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: JFM 03 CV 534 |
| CAREFIRST OF MARYLAND, INC. | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April 2003, a copy of Defendant's Answer to Plaintiff's Complaint was electronically filed with the U.S. District Court for the District of Maryland, Baltimore Division and sent by e-mail to: Morris E. Fischer, Esquire, at Snider & Fischer, L.L.P., info@sniderlaw.com, Attorney for Plaintiff.

_____
Meryl D. Burgin