UNITED STATES DISTRICT COURT'
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| CHRISTOPHER M. SAVELL | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: JFM 03 CV 534 |
| CAREFIRST OF MARYLAND, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

The Defendant, CareFirst of Maryland, Inc., (hereinafter referred to as "CareFirst"), by its attorneys, Meryl D. Burgin and Mark B. McCoy hereby submits the attached Disclosure of Corporate Interest in compliance with Local Rule 103.3.

_____
Meryl D. Burgin
Bar #04824
10455 Mill Run Circle
Owings Mills, Maryland  21117
(410) 998-5507

_____
Mark B. McCoy
Bar #22895
10455 Mill Run Circle
Owings Mills, Maryland  21117
(410) 998-5478

**Attorneys for Defendant,
CareFirst of Maryland, Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April 2003, a copy of Defendant's Disclosure of Affiliations and Financial Interest was electronically filed with the U.S. District Court for the District of Maryland, Baltimore Division and sent by e-mail to: Morris E. Fischer, Esquire, at Snider & Fischer, L.L.P., info@sniderlaw.com, Attorney for Plaintiff.

_____
Meryl D. Burgin