# CareFirst, Inc.
## CareFirst of Maryland, Inc.,
## Group Hospitalization & Medical Services, Inc. d/b/a CareFirst BlueCross BlueShield,
## BlueCross BlueShield of Delaware
## Corporate Organizational Chart



|   | Legend |   | Charitable Non Stock Membership Corporations (Associated with CareFirst of Maryland, Inc.) |   |   |
|---|---|---|---|---|---|
| a. | Corporate existence continued for purposes of maintaining mental health services contracts. | 1. | Maryland Blue Cross and Blue Shield Caring Foundation, Inc. | * | Indicates existing but inactive Corporations |
| b. | Corporate existence continued for purposes of litigation and collection regarding MedPay of Virginia. | 2. | BCBSM Community Foundation, Inc. | | |

Limited Partnerships

c.  Physician's Professional Association - stock held by Physicians affiliated with CFS Health Group, Inc.

1. Three Owings Mills Corporate Center Limited Partnership

2. Four Owings Mills Corporate Center Limited Partnership

d.  Corporation formed March 1996 with no activity through the end of June 1999.

3. Timonium Office Building Limited Partnership
   (2205 York Road, Timonium, Maryland 21093)
   (General Partner:  CFS Health Group, Inc.
      Limited Partner:  Willse and Associates, Inc.)

e.  Corporate existence continued pending resolution of existing contractual issues. Estimated termination by year-end 1999 or conversion to a freestanding dental HMO.

f.  Companies currently have no operations and are in the process of liquidation.

g.  Name change became effective June 28, 2001.