UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| CHRISTOPHER M. SAVELL | * |
| Plaintiff | * |
| v. | *    CIVIL ACTION NO.:JFM 03 CV 534 |
| CAREFIRST OF MARYLAND, INC. | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ENTRYOF APPEARANCE

Dear Mr./Ms. Clerk:

Please enter my appearance as additional Counsel on behalf of the Defendant, CareFirst of Maryland, Inc.

Respectfully submitted:

_____

Mark B. McCoy Esq.
Federal Bar # 22895