CAREFIRST BLUECROSS BLUESHIELD

OFFICE OF CORPORATE COUNSEL
10455 Mill Run Circle
Owings Mills, MD 21117-4208
Fax 410-998-5133

**Meryl D. Burgin**
**Assistant General Counsel**
Telephone: 410-998-5507
Fax Phone: 410-998-5133
E-Mail: Meryl.Burgin@carefirst.com

**SENT BY ELECTRONIC FILING**
May 8, 2003

The Honorable J. Frederick Motz
United States District Court for the
    District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      RE:    Christopher M. Savell v. CareFirst of Maryland, Inc.
             Civil Action No.: JFM 03 CV 534
             United States Magistrate Judge

Dear Judge Motz:

      This letter is hereby filed in accordance with the Scheduling Order issued in the referenced civil action on April 24, 2003. At this time, the Defendant has not agreed to waive its right to proceed before a United States District Judge and has not consented to have a Magistrate Judge conduct all further proceedings in the referenced civil action.

      Respectfully,

      _____/s/_____
      Meryl D. Burgin
      Bar # 04824
      Mark B. McCoy
      Bar # 22895
      10455 Mill Run Circle
      Owings Mills, Maryland 21117
      (410) 998-5507
      Attorneys for Defendant,
      CareFirst of Maryland, Inc.

      _____/s/_____
      Morris E. Fischer
      Bar #26286
      100 Church Lane
      Baltimore, Maryland 21208
      (410) 808-9445
      Attorney for Plaintiff,
      Christopher M. Savell

CareFirst®' BlueCross® BlueShield® is an independent licensee of the Blue Cross and Blue Shield Association.
® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst, Inc.