CAREFIRST BLUECROSS BLUESHIELD

OFFICE OF CORPORATE COUNSEL
10455 Mill Run Circle
Owings Mills, MD 21117-4208
Fax 410-998-5133

**Meryl D. Burgin**
**Assistant General Counsel**
Telephone: 410-998-5507
Fax Phone:  410-998-5133
E-Mail: Meryl.Burgin@carefirst.com

**SENT BY ELECTRONIC FILING**
May 8, 2003

The Honorable J. Frederick Motz
United States District Court for the
    District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

RE:   Christopher M. Savell v. CareFirst of Maryland, Inc.
      Civil Action No.:  JFM 03 CV 534
      **Joint Request For Early Settlement/ADR Conference**

Dear Judge Motz:

This letter is hereby filed in accordance with the Scheduling Order issued in the referenced civil action on April 24, 2003.  The undersigned parties hereby voluntarily file this Joint Request for Early Settlement/ADR Conference and respectfully request that a settlement/ADR Conference be scheduled at the Court's earliest convenience.

Respectfully,

_____/s/_____
Meryl D. Burgin
Bar # 04824
Mark B. McCoy
Bar # 22895
10455 Mill Run Circle
Owings Mills, Maryland  21117
(410) 998-5507
Attorneys for Defendant,
CareFirst of Maryland, Inc.

_____/s/_____
Morris E. Fischer
Bar #26286
100 Church Lane
Baltimore, Maryland  21208
(410) 808-9445
Attorney for Plaintiff,
Christopher M. Savell

CareFirst®' BlueCross® BlueShield® is an independent licensee of the Blue Cross and Blue Shield Association.
® Registered trademark of the Blue Cross and Blue Shield Association. ®' Registered trademark of CareFirst, Inc.